1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | P. GREG PARHAM
California Bar No. 140310
6 | Assistant United States Attorney
Asset Forfeiture Section
7 |     Federal Courthouse, 14th Floor
    312 North Spring Street
8 |     Los Angeles, California 90012
    Telephone:  (213) 894-6528
9 |     Facsimile:   (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov
10
Attorneys for Plaintiff
11 | United States of America

12

13 |              UNITED STATES DISTRICT COURT

14 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 |                    WESTERN DIVISION

16 | UNITED STATES OF AMERICA,   )
                                )   NO.   CV 09-6393 SVW(SSx)
17 |            Plaintiff,       )
                                )   [PROPOSED]
18 |       v.                    )
                                )   **CONSENT JUDGMENT OF**
19 | $24,300.00 IN U.S. CURRENCY,)   **FORFEITURE**
                                )
20 |            Defendant.       )
    _____)
21 |                             )
    CELIA TORRES AND RACHALE    )
22 | BUSTAMANTE,                 )
                                )
23 |            Claimants.       )
    _____)
24

25

26 |       This action was filed on September 2, 2009.  Notice was given

27 | and published in accordance with law.  Claimants Celia Torres and

28 | Rachale Bustamante ("claimants") filed a verified claim on October

28, 2009, and an answer on November 13, 2009. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $24,300.00 in U.S. currency ("defendant currency") other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $14,300.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants, and be returned in care of their attorney, Eric C. Hanson. Said funds shall be forwarded by a check made payable in the amount of $10,000.00 to "Eric C. Hanson and Celia Torres and Rachale Bustamante"

and shall be mailed to Eric C. Hanson, 205 S. Broadway, Suite 902, Los Angeles, CA 90012 or via wire transfer to a financial institution account designated by claimants. Claimants agree to provide appropriate financial institution account information within 10 days of execution of this consent judgment.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: _May 13_, 2010

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

May 06 10 01:11p            Case 2:09-cv-06393-SVW-SS   Document 26   Filed 05/14/10   Page 4 of 4   Page ID #:72                                                p.5

```
 1  Approved as to form and content:
 2  Dated: May  6  , 2010        ANDRÉ BIROTTE JR.
                                 United States Attorney
 3                               CHRISTINE C. EWELL
                                 Assistant United States Attorney
 4                               Chief, Criminal Division
                                 STEVEN R. WELK
 5                               Assistant United States Attorney
                                 Chief, Asset Forfeiture Section
 6                                   /s/ P. Greg Parham
 7                               _____
                                 P. GREG PARHAM
                                 Assistant United States Attorney
 8                               Asset Forfeiture Section
 9                               Attorneys for Plaintiff
                                 United States of America
10
11  Dated: May  6  , 2010
12                                   /s/ Eric C. Hanson
                                 _____
13                               ERIC C. HANSON
                                 Attorney for Claimants
14                               CELIA TORRES AND RACHALE BUSTAMANTE
15
16
...
28
```

4